UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 12-34467-H2 |
|---|---|---|
| | § | |
| O&G EQUITY HOLDING LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $100,069.56 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $305,204.46 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $151,781.36 | | |

3) Total gross receipts of $616,731.29 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $159,745.47 (see **Exhibit 2**), yielded net receipts of $456,985.82 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $975,591.72 | $399,916.38 | $0.00 | $304,204.46 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $151,790.08 | $151,790.08 | $151,781.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $8,807,608.78 | $26,000.00 | $1,000.00 | $1,000.00 |
| **Total Disbursements** | $9,783,200.50 | $578,706.46 | $153,790.08 | $456,985.82 |

  4). This case was originally filed under chapter 7 on 06/08/2012. The case was pending for 56 months.

  5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2017    By: /s/ Janet S. Northrup
                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account - Amegy Bank Houston Tx | 1129-000 | $78,387.47 |
| Mineral Leasehold acres in the arcellus Shale(PA, WV, MD) | 1129-000 | $529,148.17 |
| Refund of retainer re O & G vs Gary Trotter | 1229-000 | $9,195.65 |
| **TOTAL GROSS RECEIPTS** | | **$616,731.29** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| O&G EQUITY HOLDING LLC | Surplus Funds | 8200-000 | $159,745.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$159,745.47** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Burnett Oil Company Inc. | 4110-000 | $487,795.86 | $399,916.38 | $0.00 | $304,204.46 |
| | Burnett Oil Company | 4110-000 | $487,795.86 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$975,591.72** | **$399,916.38** | **$0.00** | **$304,204.46** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $34,086.56 | $34,086.56 | $34,086.56 |
| NORTHRUP, JANET S., Trustee | 2200-000 | NA | $878.07 | $878.07 | $869.35 |
| George Adams & Company | 2300-000 | NA | $81.84 | $81.84 | $81.84 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | $53.14 | $53.14 | $53.14 |
| First National Bank of Vinita | 2600-000 | NA | $190.56 | $190.56 | $190.56 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Integrity Bank | 2600-000 | NA | $3,501.86 | $3,501.86 | $3,501.86 |
| Order Approving Attorney's Fees; Doc. No. 126; 7/24/14, Attorney for Trustee | 3110-000 | NA | $27,333.00 | $27,333.00 | $27,333.00 |
| Order Approving Attorney's Fees; Doc. No. 126; 7/24/14, Attorney for Trustee | 3120-000 | NA | $324.67 | $324.67 | $324.67 |
| Order Approving Fees for Counsel; Doc. No. 104; 8/6/13, Attorney for Trustee | 3210-000 | NA | $32,065.00 | $32,065.00 | $32,065.00 |
| Reed Smith, Attorney for Trustee | 3210-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Reed Smith, Special Counsel for Trustee | 3210-600 | NA | $43,703.52 | $43,703.52 | $43,703.52 |
| Order Approving Fees for Counsel; Doc. No. 104; 8/6/13, Attorney for Trustee | 3220-000 | NA | $567.59 | $567.59 | $567.59 |
| Order Approving Accountant Fees; Doc. No. 116; 3/3/14, Accountant for Trustee | 3410-000 | NA | $7,370.40 | $7,370.40 | $7,370.40 |
| Order Approving Fees; Doc. No. 116; 3/3/14, Accountant for Trustee | 3420-000 | NA | $133.87 | $133.87 | $133.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $151,790.08 | $151,790.08 | $151,781.36 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Comptroller of Public Accounts | 5800-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,000.00 | $1,000.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gary L. Trotter | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| | Clerk, U.S. | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |

UST Form 101-7-TDR (10/1/2010)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | Bankruptcy Court | | | | | |
| | Buckhorn Production Co LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Buckhorn Production Co LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CH4 Energy II, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CH4 Energy II, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Oil Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Oil Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comptroller of Public Accts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Department of Treasury | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Department of Treasury IRS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gary Trotter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kenda Capital LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kenda Capital LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Liberty Energy LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Liberty Energy LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $2,718,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $9,990.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $2,718,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $835,814.39 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity | 7100-000 | $9,990.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Holding BV | | | | | |
| | O&G Equity Holding BV | 7100-000 | $835,814.39 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | O&G Equity Holding BV | 7100-000 | $210,000.00 | $0.00 | $0.00 | $0.00 |
| | Oil & Gas Managment Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Oil & Gas Managment Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Penneco Oil Company Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Penneco Oil Company Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Samuel E. Shrader | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Samuel E. Shrader | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Solutions Unltd dba T.Ross | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Solutions Unltd dba T.Ross | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sonic Oil and Gas LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sonic Oil and Gas LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | UHY Advisors TX, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | UHY Advisors TX, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,807,608.78 | $26,000.00 | $1,000.00 | $1,000.00 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 12-34467-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| For the Period Ending: | 8/14/2017 | §341(a) Meeting Date: | 07/05/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Mineral Leasehold acres in the arcellus Shale(PA, WV, MD) | $487,795.86 | $41,352.31 | | $529,148.17 | FA |
| **Asset Notes:** Mineral Leasehold acres in the arcellus Shale(PA, WV, MD) | | | | | |
| 2  Checking Account - Amegy Bank Houston Tx | $79,054.16 | $79,054.16 | | $78,387.47 | FA |
| 3  Suspended Revenue from Burnett | $52,620.21 | $0.00 | | $0.00 | FA |
| 4  Advance funds paid on future expenses elated to Marcellus in | $47,449.35 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Advance funds paid on future expenses elated to Marcellus interest & prepaid to atty. | | | | | |
| 5  Refund of retainer re O & G vs Gary Trotter | Unknown | $9,195.65 | | $9,195.65 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | $666,919.58 | $129,602.12 | | $616,731.29 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/15/2016 | Check to equity partners has not cleared. Will review September bank statement to see if it appears. |
| 08/12/2016 | Need August bank statement then TDR can be submitted. |
| 07/07/2016 | ROD corrected and resubmitted to OUST. |
| 06/22/2016 | ROD submitted to UST. |
| 03/15/2016 | TFR submitted to OUST. Funds were returned by Comptroller. |
| 11/24/2015 | TFR filed. |
| 10/07/2015 | Sent bank statements to Liz Dodson for TFR. |
| 07/06/2015 | TFR corrected and resubmitted to OUST. |
| 06/30/2015 | TFR corrected and resubmitted. |
| 10/29/2014 | TFR submitted to OUST. |
| 08/29/2014 | Ready for TFR. |
| 08/29/2014 | Deadline for TFR |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2                   Exhibit 8

| Case No.: | 12-34467-H2 | Trustee Name: | Janet S. Northrup |
| Case Name: | O&G EQUITY HOLDING LLC | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| For the Period Ending: | 8/14/2017 | §341(a) Meeting Date: | 07/05/2012 |
|  |  | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 07/21/2014 | Email update from Josh Wolfshohl.<br><br>We are still collecting records from the Debtor. The Debtor's principal is cooperating in letting our IT person access the Debtor's email server.<br><br>We've also served a subpoena on the Debtor's prepetition lender. We are attempting service on both of the Fitzpatricks but have been unsuccessful.<br><br>Once we have the information we have requested, we will review for possible causes of action. This will probably take 30-60 days after the information is obtained. Then we will be in touch with Jan about possible courses of action. |
| 06/17/2014 | HWA filed fee app. |
| 06/03/2014 | HWA to file fee app no later than August 31, 2014. |
| 09/11/2013 | 9019 and application to sell pending, once approved, fee apps of special counsel, and fee apps of HWA and Bill West; and tax returns (Bill West), 100% distribution to creditors, will close in 2014. Hearing held on 10/15/13 on motion to compromise and sell; motion approved and Order entered.. |

Initial Projected Date Of Final Report (TFR):   12/30/2013          Current Projected Date Of Final Report (TFR):   06/30/2015          /s/ JANET S. NORTHRUP

JANET S. NORTHRUP

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34467-H2 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | | Bank Name: | First National Bank of Vinita |
| Primary Taxpayer ID #: | **-***8553 | | Checking Acct #: | ******2177 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 6/8/2012 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 8/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/03/2013 | | Estate of O&G Equity Holding LLC 12-*4467 | FUNDS ON DEPOSIT TRANSFER FROM INTEGRITY BANK | 9999-000 | $86,474.24 | | $86,474.24 |
| 06/07/2013 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $86,464.24 |
| 07/08/2013 | | First National Bank of Vinita | Bank service fees | 2600-000 | | $88.84 | $86,375.40 |
| 08/07/2013 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $91.72 | $86,283.68 |
| 08/12/2013 | 101 | Smith, Steve | Order Approving Fees for Counsel; Doc. No. 104; 8/6/13 | * | | $32,632.59 | $53,651.09 |
| | | | Order Approving Fees for Counsel; Doc. No. 104; 8/6/13   $(32,065.00) | 3210-000 | | | $53,651.09 |
| | | | Order Approving Fees for Counsel; Doc. No. 104; 8/6/13   $(567.59) | 3220-000 | | | $53,651.09 |
| 08/26/2013 | | Integrity Bank | Transfer Funds | 9999-000 | | $53,651.09 | $0.00 |
| | | | TOTALS: | | $86,474.24 | $86,474.24 | $0.00 |
| | | | Less: Bank transfers/CDs | | $86,474.24 | $53,651.09 | |
| | | | Subtotal | | $0.00 | $32,823.15 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $32,823.15 | |

| For the period of 6/8/2012 to 8/14/2017 | | For the entire history of the account between 05/30/2013 to 8/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $86,474.24 | Total Internal/Transfer Receipts: | $86,474.24 |
| | | | |
| Total Compensable Disbursements: | $32,823.15 | Total Compensable Disbursements: | $32,823.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,823.15 | Total Comp/Non Comp Disbursements: | $32,823.15 |
| Total Internal/Transfer Disbursements: | $53,651.09 | Total Internal/Transfer Disbursements: | $53,651.09 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34467-H2 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8553 | | Checking Acct #: | ******4467 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 6/8/2012 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 8/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2013 | | First National Bank of Vinita | Transfer Funds | 9999-000 | $53,651.09 | | $53,651.09 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.75 | $53,634.34 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $83.72 | $53,550.62 |
| 10/07/2013 | 5001 | George Adams & Company Insurance Agency LLC | Bond Payment | 2300-000 | | $53.14 | $53,497.48 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $86.30 | $53,411.18 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $83.37 | $53,327.81 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $86.01 | $53,241.80 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.87 | $53,155.93 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $77.44 | $53,078.49 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.61 | $52,992.88 |
| 04/01/2014 | 5002 | William West | Order Approving Accountant Fees; Doc. No. 116; 3/3/14 | * | | $7,504.27 | $45,488.61 |
| | | | Order Approving Accountant Fees; Doc. No. 116; 3/3/14         $(7,370.40) | 3410-000 | | | $45,488.61 |
| | | | Order Approving Fees; Doc. No. 116; 3/3/14         $(133.87) | 3420-000 | | | $45,488.61 |
| 04/02/2014 | | Burnett Oil Co., Inc. | Order Approving Motion to Sell 5% Working Interest; Doc. No. 114; 10/15/13 | * | $150,592.02 | | $196,080.63 |
| | {1} | | Order Approving Motion to Sell 5% Working Interest; Doc. No. 114; 10/15/13         $500,000.00 | 1129-000 | | | $196,080.63 |
| | | | Paid to JIBS (secured creditor)         $(304,204.46) | 4110-000 | | | $196,080.63 |
| | | | Reed Smith         $(43,703.52) | 3210-600 | | | $196,080.63 |
| | | | Reed Smith         $(1,500.00) | 3210-000 | | | $196,080.63 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $291.57 | $195,789.06 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $315.80 | $195,473.26 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $305.11 | $195,168.15 |
| 07/16/2014 | (1) | Burnett Oil Co., Inc. | True-up Payment | 1129-000 | $29,148.17 | | $224,316.32 |

SUBTOTALS  $233,391.28    $9,074.96

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34467-H2 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8553 | | | Checking Acct #: | ******4467 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | dda |
| For Period Beginning: | 6/8/2012 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 8/14/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2014 | 5003 | Hughes Watters Askanase | Order Approving Attorney's Fees; Doc. No. 126; 7/24/14 | * | | $27,657.67 | $196,658.65 |
| | | | Order Approving Attorney's Fees; Doc. No. 126; 7/24/14   $(27,333.00) | 3110-000 | | | $196,658.65 |
| | | | Order Approving Attorney's Fees; Doc. No. 126; 7/24/14   $(324.67) | 3120-000 | | | $196,658.65 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $334.67 | $196,323.98 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $316.65 | $196,007.33 |
| 09/23/2014 | 5004 | George Adams & Company Insurance Agency LLC | Blanket Bond Premium for 2014-15 | 2300-000 | | $284.32 | $195,723.01 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $305.95 | $195,417.06 |
| 10/03/2014 | 5004 | VOID: George Adams & Company Insurance Agency LLC | Void of Check# 5004 | 2300-003 | | ($284.32) | $195,701.38 |
| 01/05/2016 | 5005 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $34,086.56 | $161,614.82 |
| 01/05/2016 | 5006 | NORTHRUP, JANET S. | Trustee Expenses | 2200-000 | | $869.35 | $160,745.47 |
| 01/05/2016 | 5007 | Comptroller of Public Accounts | Distribution on Claim #: 3; Amount Allowed: 1,000.00; Claim #: 3; Distribution Dividend: 100.00; | 5800-000 | | $1,000.00 | $159,745.47 |
| 01/05/2016 | 5008 | O&G EQUITY HOLDING LLC | Distribution on Claim #: ; Amount Allowed: 168,147.34; Claim #: ; Distribution Dividend: 95.00; | 8200-000 | | $159,745.47 | $0.00 |
| 01/26/2016 | 5007 | VOID: Comptroller of Public Accounts | Check was returned by Comptroller because of no liability | 5800-003 | | ($1,000.00) | $1,000.00 |
| 08/02/2016 | 5009 | O&G EQUITY HOLDING LLC | Distribution on Claim #: ; Amount Allowed: 168,147.34; Claim #: ; Distribution Dividend: 95.00; | 8200-002 | | $1,000.00 | $0.00 |
| 03/01/2017 | 5009 | STOP PAYMENT: O&G EQUITY HOLDING LLC | Distribution on Claim #: ; Amount Allowed: 168,147.34; Claim #: ; Distribution Dividend: 95.00; | 8200-004 | | ($1,000.00) | $1,000.00 |
| 03/24/2017 | 5010 | Clerk, U.S. Bankruptcy Court | 032317; #144 | 7100-000 | | $1,000.00 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $224,316.32 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34467-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8553 | Checking Acct #: | ******4467 |
| Co-Debtor Taxpayer ID #: | | Account Title: | dda |
| For Period Beginning: | 6/8/2012 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 8/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $233,391.28 | $233,391.28 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $53,651.09 | $0.00 | |
| | | | **Subtotal** | | $179,740.19 | $233,391.28 | |
| | | | **Less: Payments to debtors** | | $0.00 | $159,745.47 | |
| | | | **Net** | | $179,740.19 | $73,645.81 | |

| For the period of 6/8/2012 to 8/14/2017 | | For the entire history of the account between 08/26/2013 to 8/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $529,148.17 | Total Compensable Receipts: | $529,148.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $529,148.17 | Total Comp/Non Comp Receipts: | $529,148.17 |
| Total Internal/Transfer Receipts: | $53,651.09 | Total Internal/Transfer Receipts: | $53,651.09 |
| | | | |
| Total Compensable Disbursements: | $581,799.26 | Total Compensable Disbursements: | $581,799.26 |
| Total Non-Compensable Disbursements: | $1,000.00 | Total Non-Compensable Disbursements: | $1,000.00 |
| Total Comp/Non Comp Disbursements: | $582,799.26 | Total Comp/Non Comp Disbursements: | $582,799.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34467-H2 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8553 | | Checking Acct #: | ******4467 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 6/8/2012 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 8/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2012 | (2) | Amegy Bank | Bank account turnover | 1129-000 | $78,387.47 | | $78,387.47 |
| 10/02/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.61 | $78,272.86 |
| 10/11/2012 | 5001 | George Adams & Company | Bond Payment 2012-13 | 2300-000 | | $81.84 | $78,191.02 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $126.19 | $78,064.83 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $121.85 | $77,942.98 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $125.72 | $77,817.26 |
| 01/07/2013 | (5) | Shannon, Martin, Finkelstein & Alvarado | Retainer refund | 1229-000 | $9,195.65 | | $87,012.91 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $136.99 | $86,875.92 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $126.57 | $86,749.35 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $139.92 | $86,609.43 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $135.19 | $86,474.24 |
| 06/03/2013 | | First National Bank Of Venita | | 9999-000 | | $86,474.24 | $0.00 |
| | | | TOTALS: | | $87,583.12 | $87,583.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $86,474.24 | |
| | | | Subtotal | | $87,583.12 | $1,108.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $87,583.12 | $1,108.88 | |

| For the period of 6/8/2012 to 8/14/2017 | | For the entire history of the account between 01/01/1900 to 8/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $87,583.12 | Total Compensable Receipts: | $87,583.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,583.12 | Total Comp/Non Comp Receipts: | $87,583.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,108.88 | Total Compensable Disbursements: | $1,108.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,108.88 | Total Comp/Non Comp Disbursements: | $1,108.88 |
| Total Internal/Transfer Disbursements: | $86,474.24 | Total Internal/Transfer Disbursements: | $86,474.24 |

Page No: 6  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34467-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | O&G EQUITY HOLDING LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8553 | Checking Acct #: | ******4467 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 6/8/2012 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 8/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $267,323.31 | $267,323.31 | $0.00 |

**For the period of 6/8/2012 to 8/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $616,731.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $616,731.29 |
| Total Internal/Transfer Receipts: | $140,125.33 |
| | |
| Total Compensable Disbursements: | $615,731.29 |
| Total Non-Compensable Disbursements: | $1,000.00 |
| Total Comp/Non Comp Disbursements: | $616,731.29 |
| Total Internal/Transfer Disbursements: | $140,125.33 |

**For the entire history of the case between 06/08/2012 to 8/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $616,731.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $616,731.29 |
| Total Internal/Transfer Receipts: | $140,125.33 |
| | |
| Total Compensable Disbursements: | $615,731.29 |
| Total Non-Compensable Disbursements: | $1,000.00 |
| Total Comp/Non Comp Disbursements: | $616,731.29 |
| Total Internal/Transfer Disbursements: | $140,125.33 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP